IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CARLOS HERNANDEZ                                                                       PLAINTIFF

VS.                          CASE NO.  4:13CV00593  SWW/JTR

CAROLYN W. COLVIN, Acting
Commissioner, Social
Security Administration                                                                DEFENDANT

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate J. Thomas Ray.  No objections have been filed.  After careful review, the Court concludes that the findings and recommendations should be, and are hereby, approved and adopted as this Court's findings in all respects in their entirety.  The decision denying Plaintiff's application for disability benefits is affirmed, and judgment shall be entered accordingly.

IT IS SO ORDERED THIS 16TH DAY OF OCTOBER, 2014.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE