IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CARLOS HERNANDEZ                                                                    PLAINTIFF

VS.                         CASE NO.  4:13CV00593  SWW/JTR

CAROLYN W. COLVIN, Acting
Commissioner, Social
Security Administration                                                              DEFENDANT

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that the final determination of the Commissioner is affirmed and Plaintiff's complaint is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED THIS 16TH DAY OF OCTOBER, 2014.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE